# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**

| | | |
|---|---|---|
| **VENESSA EDWARDS,** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BANKRUPTCY NO. 14-18792-amc** |

## AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Debtor filed an Application for Authorization to Enter into a Loan Modification Agreement in this bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the application or if you want the court to consider your views on the application, then on or before November 14, 2016, you or your attorney must do **all** of the following:

 (a) file an answer explaining your position to:

 Bankruptcy Clerk
 900 Market Street, Suite 400
 Philadelphia, PA 19107-4299
 (215) 408-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

 (b) mail a copy to the movant's attorney:

 Roger V. Ashodian
 Regional Bankruptcy Center of Southeastern PA
 101 West Chester Pike, Suite 1A
 Havertown, PA 19083
 Phone: (610) 446-6800
 Fax: (610) 446-6808

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the application.

3. If any response or objection to this Motion is filed, a hearing on the application has been

scheduled to be held before the Honorable Ashely M. Chan on December 6, 2016, at 11:00 a.m., in Courtroom No. 5, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA  19107.

      4.   If a copy of the application is not enclosed, a copy of the application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.   You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.


Date:   October 31, 2016