### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Venessa Edwards

      Debtor(s)

Case No: 14–18792–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

### HEARING RE: OBJECTION TO CLAIMS OF CITY OF PHILADELPHIA, NUMBERS 3 & 5 FILED BY DEBTOR.

on: 12/6/16

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Date:  11/21/16

94 – 88
Form 167