United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18792-amc
Venessa Edwards                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: BarbaraT           Page 1 of 1           Date Rcvd: Nov 21, 2016
                             Form ID: 167             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2016.
db             +Venessa Edwards,    1422 N. 12th Street,    Philadelphia, PA 19122-3302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy@phila.gov Nov 22 2016 02:18:42     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
                                                                                                TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor   MidFirst Bank agornall@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
   bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor   CitiMortgage, Inc. mwaldt@milsteadlaw.com,
   bkecf@milsteadlaw.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
   james.feighan@phila.gov
      ROGER V. ASHODIAN    on behalf of Debtor Venessa  Edwards ecf@schollashodian.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                    TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Venessa Edwards
    Debtor(s)

Case No: 14–18792–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

HEARING RE: OBJECTION TO CLAIMS OF CITY OF PHILADELPHIA, NUMBERS 3 & 5 FILED BY DEBTOR.

    on: 12/6/16

    at: 11:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

Date:  11/21/16

For The Court

Timothy B. McGrath
Clerk of Court

94 – 88
Form 167