# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: VENESSA EDWARDS, | : CHAPTER 13 |
| | : |
| Debtor | : BANKRUPTCY NO. 14-18792-amc |

## ORDER

AND NOW, this ____ day of Dec. , 2016, upon consideration of the uncontested application of the Debtor for authorization to permit Debtor to enter into a loan modification offered by Midland Mortgage, a Division of Mid-First Bank to the Debtor, and the Court having been satisfied that it is in the best interests of the Debtor to enter into the loan modification agreement, it is hereby **ORDERED** that:

1. The Application is **GRANTED**, and Debtor is authorized to enter into a loan modification agreement with Midland Mortgage, a Division of Mid-First Bank as described in the Application;

2. The Debtor shall file Amended Schedules I and J reflecting any adjustments to her income and expenses as a result of entering into the loan modification agreement;

3. Upon entering into a permanent loan modification agreement with the Debtor, Midland Mortgage, a Division of Mid-First Bank, shall either withdraw any Proof of Claim filed or, if a Proof of Claim was filed in the Debtor's case, file an amended Proof of Claim to reflect the change in the amount of arrears due to capitalization of the remaining arrears into the new principal balance pursuant to the terms of the loan modification agreement.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE