United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                           Case No. 14-18792-amc
Venessa Edwards                                                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR              Page 1 of 1              Date Rcvd: Dec 07, 2016
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db              +Venessa Edwards,    1422 N. 12th Street,    Philadelphia, PA 19122-3302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
            ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
             bkecf@milsteadlaw.com
            PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
             james.feighan@phila.gov
            ROGER V. ASHODIAN    on behalf of Debtor Venessa  Edwards ecf@schollashodian.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: VENESSA EDWARDS, | : CHAPTER 13 |
| | : |
| Debtor | : BANKRUPTCY NO. 14-18792-amc |

## ORDER

AND NOW, this ____ day of Dec. , 2016, upon consideration of the uncontested application of the Debtor for authorization to permit Debtor to enter into a loan modification offered by Midland Mortgage, a Division of Mid-First Bank to the Debtor, and the Court having been satisfied that it is in the best interests of the Debtor to enter into the loan modification agreement, it is hereby **ORDERED** that:

1. The Application is **GRANTED**, and Debtor is authorized to enter into a loan modification agreement with Midland Mortgage, a Division of Mid-First Bank as described in the Application;

2. The Debtor shall file Amended Schedules I and J reflecting any adjustments to her income and expenses as a result of entering into the loan modification agreement;

3. Upon entering into a permanent loan modification agreement with the Debtor, Midland Mortgage, a Division of Mid-First Bank, shall either withdraw any Proof of Claim filed or, if a Proof of Claim was filed in the Debtor's case, file an amended Proof of Claim to reflect the change in the amount of arrears due to capitalization of the remaining arrears into the new principal balance pursuant to the terms of the loan modification agreement.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE