# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 14-18792-AMC

VENESSA EDWARDS

1422 N. 12TH STREET

PHILADELPHIA, PA 19122

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

VENESSA EDWARDS

1422 N. 12TH STREET

PHILADELPHIA, PA 19122

Counsel for debtor(s), by electronic notice only.

ROGER V ASHODIAN
101 WEST CHESTER PK
SUITE 1A
HAVERTOWN, PA 19083-

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee

Date: 4/4/2017