*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Venessa Edwards
    Debtor(s)

Case No: 14–18792–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default of Creditor MidFirst Bank filed by Debtor Venessa Edwards

on: 7/18/17

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/29/17

Timothy B. McGrath
Clerk of Court

118 – 117
Form 167