## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **VENESSA EDWARDS,** | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO.  14-18792-amc |

### CERTIFICATION OF NO OBJECTION

I hereby certify that, on July 3, 2017, I served notice of the Application for compensation for services in this case upon all interested parties and that I served a copy of the Application upon the Debtor, the Standing Chapter 13 Trustee, and the United States Trustee's office. I further certify that, as of July 24, 2017, no Objection has been served upon me or filed of record and that it is therefore appropriate that the Order attached to the Application be entered.

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor