IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **VENESSA EDWARDS,** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | BANKRUPTCY NO. 14-18792-amc |

ORDER ALLOWING COMPENSATION

AND NOW, this 25th day of July, 2017, REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C., counsel for the Debtor, is awarded $3,700.00 as compensation for the firm's services in this case, the Trustee is authorized and directed to pay the amount of $2,300.00 to the said counsel, and the Trustee is authorized and directed to pay this sum to counsel from the plan payments which he has received on the Debtor' account, made payable to REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE