IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                          :
                                               :        In Chapter 13
       VENESSA EDWARDS                         :
                                               :        Bankruptcy No. 14-18792 (AMC)
                               Debtor.         :
-------------------------------------------------------x
```

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copy of the foregoing Limited Objection to Motion to Modify Plan After Confirmation filed by the City of Philadelphia were served, on the date set forth below, upon the following parties:

    Attorney for the Debtor (via ecf filing):
    Roger V. Ashodian, Esq.
    Regional Bankruptcy Center of Southeastern PA, P.C.
    101 West Chester Pike, Suite 1A
    Havertown, PA 19083

    Debtor (via regular mail):
    Venessa Edwards
    1422 N. 12th Street
    Philadelphia, PA 19122

    Chapter 13 Trustee (via ecf filing):
    William C. Miller, Esquire
    Chapter 13 Trustee
    1234 Market Street, Suite 1813
    Philadelphia, PA  19107

    United States Trustee (via ecf filing):
    Office of US Trustee
    833 Chestnut Street, Ste. 500
    Philadelphia, PA 19107

    Respectfully submitted,

Date: January 3, 2018    By:   /s/ Pamela Elchert Thurmond
        PAMELA ELCHERT THURMOND
        Deputy City Solicitor

PA Attorney I.D. 202054
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (facsimile)
Email: Pamela.Thurmond@phila.gov