# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 14-18792-AMC

VENESSA EDWARDS

1422 N. 12TH STREET

PHILADELPHIA, PA 19122

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    VENESSA EDWARDS

    1422 N. 12TH STREET

    PHILADELPHIA, PA 19122

Counsel for debtor(s), by electronic notice only.

    ROGER V ASHODIAN
    101 WEST CHESTER PK
    SUITE 1A
    HAVERTOWN, PA 19083-

/S/ William C. Miller

Date: 1/25/2018

William C. Miller, Esquire
Chapter 13 Standing Trustee