## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Venessa Edwards<br>            Debtor(s)<br><br>MidFirst Bank<br>        v.<br>Venessa Edwards<br>        and<br>William C. Miller Esq.<br>            Trustee | Chapter 13<br><br><br>NO. 14-18792 AMC |

## ORDER

AND NOW, this  1st  day of  July  , 2019 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1422 North 12th Street  Philadelphia, PA 19122 .

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.

cc: See attached service list

Venessa Edwards
1422 North 12th Street
Philadelphia, PA 19122

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Roger V. Ashodian Esq.
Regional Bankruptcy Center of SE PA (VIA ECF)
101 West Chester Pike, Suite 1A
Havertown, PA 19083

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532