# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-18792-AMC

VENESSA EDWARDS

1422 N. 12TH STREET

PHILADELPHIA, PA 19122

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    VENESSA EDWARDS

    1422 N. 12TH STREET

    PHILADELPHIA, PA 19122

Counsel for debtor(s), by electronic notice only.

    ROGER V ASHODIAN
    101 WEST CHESTER PK
    SUITE 1A
    HAVERTOWN, PA 19083-

Date: 8/20/2019

                                  /S/ William C. Miller
                                  _____
                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee