UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **VENESSA EDWARDS,** | : | CHAPTER 13 |
| | : | |
| Debtor | : | BANKRUPTCY NO. 14-18792-amc |

### NOTICE OF SUPPLEMENTAL APPLICATION FOR COMPENSATION

Notice is hereby given to all interested parties that REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtor, has filed an Application seeking supplemental compensation of $934.81 for the firm's services rendered subsequent to confirmation in this case. Any Objections to this Application must be filed and served upon us within fourteen (14) days from March 10, 2020, on which date the Application was filed (therefore, any Objections to this Application must be filed and served upon us by no later than March 24, 2020). A copy of the Application is provided to the Trustee, the United States Trustee, and the Debtor. Other interested parties can obtain a copy upon request.

REGIONAL BANKRUPTCY CENTER OF
SOUTHEASTERN PA, P.C., by:

Date:  March 10, 2020                              _____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

Attorney for Debtor