IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**VENESSA EDWARDS,** : CHAPTER 13
:
      **Debtor** : BANKRUPTCY NO. 14-18792-amc

## CERTIFICATION OF NO OBJECTION

I hereby certify that, on March 10, 2020, I served notice of the Supplemental Application for Compensation for services in this case upon all interested parties and that I served a copy of the Application upon the Debtor, the Standing Chapter 13 Trustee, and the United States Trustee's office. I further certify that, as of March 31, 2020, no Objection has been served upon me or filed of record and that it is therefore appropriate that the Order attached to the Application be entered.

                                    REGIONAL BANKRUPTCY CENTER OF
                                    SOUTHEASTERN PA, P.C., by:

                                    _____
                                    Roger V. Ashodian
                                    Attorney ID #42586
                                    101 West Chester Pike, Suite 1A
                                    Havertown, PA  19083
                                    (610) 446-6800

                                    <u>Attorney for Debtor</u>