## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **VENESSA EDWARDS,** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | BANKRUPTCY NO.  14-18792-amc |

## ORDER ALLOWING COMPENSATION

AND NOW, upon consideration of the Supplemental Application for Compensation submitted by counsel for the Debtor, REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtor, is awarded $934.81 as supplemental compensation for the firm's services in this case.  The Trustee is authorized and directed to pay the amount of $934.81 to the said counsel from the Plan payments which he has received on the Debtor's account, to the extent provided for under the Plan, with such disbursement to  be made payable to REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

Dated: __**April 3, 2020**__            _____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE