United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-18792-amc
Venessa Edwards                                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 1              Date Rcvd: Apr 03, 2020
                             Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
db             +Venessa Edwards,    1422 N. 12th Street,    Philadelphia, PA 19122-3302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              ROGER V. ASHODIAN    on behalf of Debtor Venessa  Edwards ecf@schollashodian.com
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**VENESSA EDWARDS,** : CHAPTER 13
:
**Debtor** : BANKRUPTCY NO. 14-18792-amc

### ORDER ALLOWING COMPENSATION

AND NOW, upon consideration of the Supplemental Application for Compensation submitted by counsel for the Debtor, REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C, counsel for the Debtor, is awarded $934.81 as supplemental compensation for the firm's services in this case. The Trustee is authorized and directed to pay the amount of $934.81 to the said counsel from the Plan payments which he has received on the Debtor's account, to the extent provided for under the Plan, with such disbursement to be made payable to REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C.

BY THE COURT:

Dated: __**April 3, 2020**_____     _____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE