**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Venessa Edwards | | CHAPTER 13 |
| Debtor(s) | | |
| MidFirst Bank | Movant | |
| vs. | | NO. 14-18792 AMC |
| Venessa Edwards | Debtor(s) | |
| William C. Miller Esq. | Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this        day of                  , 2020 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on March 16, 2020 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: May 19, 2020**

_____
United States Bankruptcy Judge.

cc: See attached service list