Certificate Number: 13397-PAE-DE-034475689

Bankruptcy Case Number: 14-18792



13397-PAE-DE-034475689

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 20, 2020</u>, at <u>9:43</u> o'clock <u>AM EDT</u>, <u>Venessa Edwards</u> completed a course on personal financial management given <u>by internet</u> by <u>SafeGuard Credit Counseling Services, Inc</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>May 20, 2020</u>          By:   _____

Name:   <u>Earl McFerrin</u>

Title:   <u>Counselor</u>