United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18792-mdc
Venessa Edwards                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR         Page 1 of 2              Date Rcvd: Sep 24, 2020
                          Form ID: 138NEW      Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.
```
db         +Venessa Edwards,   1422 N. 12th Street,   Philadelphia, PA 19122-3302
13440234   +2301 North Broad Associates LP,   379 W. Uwchlan Ave, Suite 200,   Downingtown, PA 19335-3168
13440235   +Central Financial Control,   PO BOX 66044,   Anaheim, CA 92816-6044
13471259   #CitiMortgage, Inc.,   P.O. Box 688971,   Des Moines, IA 50368-8971
13440236    CitiMortgage, Inc.,   PO Box 6243,   Sioux Falls, SD 57117-6243
13440240   +City of Philadelphia,   Bureau of Administrative Adjudication,   913 Filbert Street,
             Philadelphia, PA 19107-3117
13440243    Consumer Portfolio Service,   P.O. Box 98753,   Phoenix, AZ 85038-0753
13440244   +GRB Law,   1425 Spruce Street,   Suite 100,   Philadelphia, PA 19102-4578
13440245    Hahnemann Hospital,   Broad and Vine Street,   Philadelphia, PA 19102
13707512   +MidFirst Bank,   999 NW Grand Blvd., Suite 100,   Oklahoma City, OK 73118-6051
13839970   +MidFirst Bank,   c/o Thomas Puleo, Esq.,   KML Law Group PC,   701 Market St., Ste. 5000,
             Phila., PA 19106-1541
13440247   +Net One International,   457 Avalon Park South Blvd,   Suite 500,   Orlando, FL 32828-6999
13440248   +Patrick J Wesner, Esquire,   220 Lake Drive East,   Suite 301,   Cherry Hill, NJ 08002-1165
13440251    Philadelphia Gas Works,   P. O. Box 3500,   Philadelphia, PA 19122-0500
13440252   +Roxanne Jones,   3335 Argyle Street,   Philadelphia, PA 19134-1903
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:42     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 25 2020 04:46:16
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 25 2020 04:46:29     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:41     City of Philadelphia,
             Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
             5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
13440241    E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:40     City Of Philadelphia,
             Law Department,   1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1508
13497277    E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:41     City of Philadelphia,
             Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13440239    E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:41     City of Philadelphia,
             Law Department - Tax Unit,   1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1595
13564141    E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:41     City of Philadelphia,
             c/o PAMELA ELCHERT THURMOND,   City of Philadelphia Law/Revenue Dept.,
             1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102
13440237    E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:41     City of Philadelphia,
             Department of Revenue,   P. O. Box 148,   Philadelphia, PA 19105-0148
13440249    E-mail/Text: bankruptcygroup@peco-energy.com Sep 25 2020 04:45:53     PECO,   PO BOX 37629,
             Philadelphia, PA 19101-0629
13479302   +E-mail/Text: bankruptcygroup@peco-energy.com Sep 25 2020 04:45:53     PECO Energy Company,
             Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13440250   +E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:42     Philadelphia Gas Works,
             c/o Law Department,   1401 JFK Blvd, 5th Floor,   Philadelphia, PA 19102-1611
13440253   +E-mail/Text: sdietz@swrecovery.com Sep 25 2020 04:46:53     Southwest Recovery Services,
             15400 Knoll Trail Dr,   Suite 300,   Dallas, TX 75248-3476
13440254   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 25 2020 04:45:39
             Verizon,   P.O. Box 5029,   Wallingford, CT 06492-7529
13440255    E-mail/Text: megan.harper@phila.gov Sep 25 2020 04:46:42     Water Revenue Bureau,
             Municipal Services Building,   1401 JFK Boulevard,   Philadelphia, PA 19102-1663
                                                                                               TOTAL: 15
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13510028     Net One International
13440242*   ++CITY OF PHILADELPHIA LAW DEPARTMENT,   MUNICIPAL SERVICES BUILDING,
              1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
              (address filed with court: City of Philadelphia,   Law Dept. - Tax Unit,
              1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1595)
13440238*    City of Philadelphia,   Department of Revenue,   P.O. Box 148,   Philadelphia, PA 19105-0148
13440246    ##+Kenneth L. Baritz, Esquire,   21 S. 12th Street, 12th Floor,   Philadelphia, PA 19107-3610
                                                                                   TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2               User: DonnaR                 Page 2 of 2                  Date Rcvd: Sep 24, 2020
                                   Form ID: 138NEW              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOSHUA I. GOLDMAN    on behalf of Creditor    MidFirst Bank Josh.Goldman@padgettlawgroup.com,
           kevin.shatley@padgettlawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    CitiMortgage, Inc. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          ROGER V. ASHODIAN    on behalf of Debtor Venessa   Edwards ecf@schollashodian.com
          THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Venessa Edwards
        Debtor(s)                                   Bankruptcy No: 14−18792−mdc
                                                     Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                             900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                           For The Court
                                                                  Timothy B. McGrath
                                                                    Clerk of Court

Dated: 9/24/20

                                                                                      231 − 230
                                                                                     Form 138_new