United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18792-mdc

Venessa Edwards                                                           Chapter 13

      Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: DonnaR | Page 1 of 2 |
| Date Rcvd: Oct 19, 2020 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

**Recip ID**           **Recipient Name and Address**
db             + Venessa Edwards, 1422 N. 12th Street, Philadelphia, PA 19122-3302

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020           Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor MidFirst Bank agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor MidFirst Bank Josh.Goldman@padgettlawgroup.com  kevin.shatley@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| MATTHEW CHRISTIAN WALDT | on behalf of Creditor CitiMortgage  Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |

District/off: 0313-2                                 User: DonnaR                                              Page 2 of 2
Date Rcvd: Oct 19, 2020                           Form ID: 195                                        Total Noticed: 1

PAMELA ELCHERT THURMOND
                    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov

REBECCA ANN SOLARZ
                    on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com

ROGER V. ASHODIAN
                    on behalf of Debtor Venessa Edwards ecf@schollashodian.com

THOMAS I. PULEO
                    on behalf of Creditor MidFirst Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
                    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM C. MILLER, Esq.
                    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com


TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                    : Chapter 13

Venessa Edwards                                           : Case No. 14–18792–mdc

       Debtor(s)

### *ORDER*
_____

AND NOW, this day , October 19, 2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

235
Form 195